IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-25

UNITED STATES OF AMERICA,

    Plaintiff,

v.

25.    NOE CHAVEZ-GOMEZ,

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Amended Motion to Dismiss Remaining Counts [Docket No. 1028]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Amended Motion to Dismiss Remaining Counts [Docket No. 1028] is granted. Count Forty-Eight of the Second Superseding Indictment is dismissed as to defendant Noe Chavez-Gomez only.

DATED June 17, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge